The People of the State of Illinois, defendant in error, v. Gust Stellas, plaintiff in error. Gen. No. 35,832.

Opinion filed June 20, 1932.

Myron E. Wisch, for plaintiff in error; Sidney R. Tarkoff, of counsel. John A. Swanson, State's Attorney, for defendant in error; Otho S. Fasig and Edward E. Wilson, Assistant State's Attorneys, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

Hugo Hartnack for use of Dr. Hartnack Exterminating Service, Inc., appellee, v. The Board of Charities of the Illinois Conference of the Ev. Lutheran Augusta Synod, appellant. Gen. No. 35,891.

Opinion filed June 20, 1932. Rehearing denied July 1, 1932.

Tage Joranson, for appellant. Otto A. Kralik, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

Oscar H. Haugan, appellee, v. Carl Thorgersen et al., appellants. Gen. No. 36,004.

Opinion filed June 22, 1932. Rehearing denied July 8, 1932.

Irving L. Block, for appellants. Miller, Gorham, Wales & Adams, for appellee.

Mr. Presiding Justice Friend delivered the opinion of the court.

A. J. Hennings, appellee, v. Stony Island State Savings Bank et al., defendant, on appeal of Foreman-State National Bank, appellant. Gen. No. 35,993.

Opinion filed June 22, 1932.

Barancik & Dolan, for appellant; Maurice A. Barancik, of counsel. Hyde, Westbrook, Watson & Stephenson, for appellee.

Mr. Justice Hebel delivered the opinion of the court.